### Union Gas & Oil Company, et al. v. Gillem, et al.

(Decided June 27, 1928.)

Appeal from Johnson Circuit Court.

E. L. McDONALD and D. L. HAZELRIGG for appellants.

E. C. O'REAR, WHEELER & WHEELER and S. S. WILLIS for appellees.

OPINION OF THE COURT BY JUDGE REES—Affirming.

This appeal is from a judgment of the Johnson circuit court dismissing the appellants' petition, in which they sought to have vacated and set aside for fraud and champerty a judgment of the same court rendered November 17, 1922, and affirmed by this court on November 16, 1923. Union Gas & Oil Co. v. Indian-Tex Petroleum Co., 203 Ky. 521, 263 S. W. 1.

The facts are in all respects similar to those in Union Gas & Oil Co. v. Wayne Wright, 225 Ky. 1; 8 S. W. (2d) 248, and Union Gas & Oil Co. v. Indian-Tex Petroleum Co., 7 S. W. (2d) 397, this day decided; and on the authority of those cases the judgment is affirmed.